**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**TAWNI OSBORNE**                                                                                                            **PLAINTIFF**

**V.**                                                                                                            **NO. 3:17-CV-246-DMB-JMV**

**CAITLIN KLINE; and
ALFA INSURANCE COMPANY**                                                                              **DEFENDANTS**

## ORDER CLOSING CASE

On August 4, 2019, a document was filed in this case "pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*"[1] in which the parties stipulate that "all matters in controversy have been compromised and settled … and that all claims against Defendants be dismissed in their entirety, with prejudice." Doc. #63. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 8th day of August, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Though the document's title, "Notice of Voluntary Dismissal with Prejudice," may suggest it was filed pursuant to Rule 41(a)(1)(A)(i), the substance of the document and the timing of its filing make clear it was filed pursuant to Rule 41(a)(1)(A)(ii).